[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 30 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JEREMIAH #20181010228
D.
MOORE

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:20-cv-3905
Judge Mary M. Rowland
Magistrate Judge Young B. Kim
PC6

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Chicago Police Officer Angarone JR #12006 & Chicago Police Officer Varney KM #15079

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: JEREMIAH D. MOORE

B. List all aliases: _____

C. Prisoner identification number: 0495040

D. Place of present confinement: COOK COUNTY JAIL

E. Address: P.O. BOX 089002 Chicago IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Angarone JR #12006
   Title: Chicago Police Officer
   Place of Employment: 11th District Police Station Harrison & Kedzie

B. Defendant: _____
   Title: _____
   Place of Employment: _____

C. Defendant: Varney, KM #15079
   Title: Chicago Police Officer
   Place of Employment: 11th District Police Station Harrison & Kedzie

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1:19-CV-08006

B. Approximate date of filing lawsuit: MAY 10 ISH OF 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jeremiah D. Moore

D. List all defendants: COOK County Sheriff BuSI, & Cook County Cermak

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division.

F. Name of judge to whom case was assigned: John Z. Lee

G. Basic claim made: Fail to protect & iNAdvcate medical needs

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): my case is still pending.

I. Approximate date of disposition: MAY 22, 2020

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 8, 2018 I was at my Residence of 511 N. Ridgeway Chicago Il. 60624, Chicago Police Officer Angarone, JR STAR Number #12006 & Chicago Police Officer Varney, KM STAR Number #15079 Force their way into my house without consent and after I inform them that if they didn't have a search or arrest warrant that I did not want to be Question or apprehend in order to be Question at the 11th District Police Station. The officers begin demanding that I submitted to their request. After refusing once again I was Forced into hand cuffs and escorted from the property

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

of my residence without a search or arrest warrant and or read my miranda rights./ into A Chicago police CAR. Thease allegations can be supported by way of the Officers body Cameras. Let it also be noted Thease officers clearly violated my 4th amendment rights, NO neutral magistrate (Judge) estblashed Probable Causes.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Comepesate my $1,000,000 dollars For these officers' misconduct.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of 6, 20 20

Jeremiah D. Moore
(Signature of plaintiff or plaintiffs)

JEREMIAH D. MOORE
(Print name)

0495040 - 20181010228
(I.D. Number)

P.O. Box 089002
Chicago Il. 60608
(Address)

NEOPOST
06/24/2020
US POSTAGE $001.60⁰
FIRST-CLASS MAIL
ZIP 60608
041M11297257

Name: Jer[...]
ID#: 2018[...]
Div.: 6  Tier: [...]
P.O. Box 089002
Chicago, IL 60608

2020 JUN 30 AM 9:13

Prisoner Correspondent,
United States District Court,
219 S. Dearborn Street 20th Floor
Chicago IL 60604

1:20-cv-3905
Judge Mary M. Rowland
Magistrate Judge Young B. Kim
PC6

06/30/2020-29

LEGAL MAIL